UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN THE MATTER OF:

Authorizing the United States Federal Air Marshal Service to Conditionally Release Certain Violators and Offenders and to Approve the Bail Schedule for Certain Violations of United States Code in the Western District of Washington

**GENERAL ORDER 03-26**

This matter having come before the Court on the application by the United States Attorney's Office for the Western District of Washington for a General Order authorizing the United States Federal Air Marshal Service (FAMS) to issue citations for violations of certain sections of the United States Code, and for good cause appearing therefore:

IT IS HEREBY ORDERED that FAMS is now authorized to issue citations or violation notices to any person whom they have probable cause to believe is guilty of violations of the specifically enumerated offenses set forth in Exhibit A.

IT IS FURTHER ORDERED that the proposed Bail Schedule for the enumerated offenses are approved by the Court as set forth in Exhibit A.

IT IS FURTHER ORDERED that FAMS may use the location code designated by the Central Violations Bureau (CVB) for the Western District of Washington, with respect to violations of the enumerated offenses as set forth in Exhibit A that occur in the Western District of Washington.

GENERAL ORDER - 1

This ORDER shall be in effect until August 31, 2026.

DATED this 13th day of March 2026.



_____
THE HONORABLE DAVID G. ESTUDILLO
Chief United States District Judge
United States District Court for the Western
District of Washington

GENERAL ORDER - 2

# Exhibit A

| US Code | VIOLATION | FINE |
|---|---|---|
| 18 USC § 39B | Unsafe operation of unmanned aircraft | Mandatory |
| 18 USC § 111(a) | Assaulting, resisting, or impeding certain officers or employees. | Mandatory |
| 18 USC § 113(a)(4) | Assault within territorial jurisdiction (special aircraft jurisdiction). | Mandatory |
| 18 USC § 113(a)(5) | Simple assault within territorial jurisdiction (special aircraft jurisdiction). | Mandatory |
| 18 USC § 930(a) | Possession of a firearm and dangerous weapon in a federal facility. | Mandatory |
| 18 USC § 1028(b)(6) | Fraud and related activity in connection with identification documents. | Mandatory |
| 18 USC § 1036(a) and (b)(2) | Entry by false pretenses to any real property, vessel, or aircraft of the United States or Secure Area of any airport or seaport. | Mandatory |
| 18 USC § 1752(a)(5) and (b)(2) | UAS operation over Restricted Building or Grounds | Mandatory |
| 49 USC § 46307 | Violation of National Defense Airspace | Mandatory |
| 49 USC § 46313 | Refusing to appear or produce records | Mandatory |
| 49 USC § 46314(b)(1) | Entering aircraft or airport in violation of security requirements. | Mandatory |
| 49 USC § 46506 | Criminal acts on an aircraft | Mandatory |



U.S. Department of Homeland Security
**Transportation Security Administration**
6595 Springfield Center Drive
Springfield, Virginia 20598

Central Violations Bureau
Operations Manager
P.O. Box 78549
San Antonio, TX 78278

Re: Assignment of Location Code

This letter is a request from this agency to be issued a location code by the Central Violations Bureau. Upon issuance we will begin to issue U.S. District Court Violation Notices. The cases will be scheduled in the U.S. District Court for the Western District of Washington. By the signatures below, we have confirmed with the U.S. Attorney's Office the correct prosecutorial jurisdiction. The U. S. Attorney and U.S. District Court concur a location code should be assigned to the agency listed below.

Please use the following contact information when establishing the location code:

Agency name: Transportation Security Administration - Federal Air Marshal Service
Agency address: 500 Powell Ave SW
Agency city: Renton
Agency state: Washington
Agency zip: 98057
Agency contact 1: Roger Cullen                    Phone: 425-917-7400
Email address: 31DCVN@tsa.dhs.gov
Agency contact 2: Bryan Miketta                   Phone: 425-917-7400
Email address: 31DCVN@tsa.dhs.gov

If you have any questions, please contact me at 425-917-7401. Thank you for your assistance with this request.

Sincerely,

JEFFREY B WOLAN    Digitally signed by JEFFREY B WOLAN
Date: 2025.11.14 10:01:12 -08'00'

Printed Name: Jeffrey B. Wolan

Signature of U.S. Attorney representative:

Sandra S. Bostic                Date: 12·16·2025
Printed Name:

Signature of presiding judicial officer:

_____    Date: _____
Printed Name: